IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-001033-DDD-SKC

**BRIAN GARRETT,**

    Plaintiff,

**v.**

**DENVER C.A.R.E.S., a behavioral health facility operated by Denver Health Medical Center/Denver Health and Hospital Authority,**
**CHRISTIAN C. THURSTONE, M.D.,**
**DANIEL PADDOCK,**
**SAMUEL AZIAMART,**
**GOUN SKEEN, RN,**
**ALICIA VELASQUEZ,**
**GINNA MICHALK,**
**JAHARRI ASTEN, CAC,**
**MATHEW BUSTOS, CAC**

    Defendants.

---

**MOTION TO MAINTAIN LEVEL 1 RESTRICTION ON ECF 51**

---

Defendants, Denver CARES, a behavioral health facility operated by Denver Health Medical Center (Denver CARES) and its current and former employees, Christian C. Thurstone, MD, Daniel Paddock, Samuel Aziamart, Goun Skeen, Alicia Velasquez, Ginna Michalk, Jaharri Asten, and Matthew Bustos, (collectively referenced as the "Individual Defendants") by and through undersigned counsel, move to maintain Level 1 Restriction of Exhibits to Defendants' Motion to Dismiss Amended Complaint (ECF 50).

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff does not oppose maintaining restriction of ECF 51.

## Motion

1. Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) (ECF 50) on December 8, 2023. Defendants filed Exhibit B under Level 1 restriction (ECF 51) pursuant to D.C. Colo. L Civ R 7.2(e).

2. Exhibit B is a behavioral health record and contains Plaintiff's protected medical and personal information. (ECF 51.)

3. The common-law right of access to judicial records, though long recognized, is not absolute. *JetAway Aviation, LLC v. Bd. of Cty. Comm'rs of Cty. of Montrose, Colo.*, 754 F.3d 824, 826 (10th Cir. 2014). Although there is a presumption that documents essential to the judicial process are available to the public, access to them may be restricted when the public's right of access is outweighed by interests that favor nondisclosure. *See United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997). Thus, courts may exercise discretion and restrict access to judicial records when the right of access is outweighed by competing interests. *JetAway*, 754 F.3d at 826. A party may overcome the presumption of public access where the records contain personal medical information or information that otherwise invades a person's privacy interests. *United States v. Dillard*, 795 F.3d 1191, 1205-06 (10th Cir. 2015); *Huddleson v. City of Pueblo, Colo.*, 270 F.R.D. 635, 637 (D. Colo. 2010).

4. Here, Plaintiff's right to privacy to his behavioral health records outweighs a presumption of public access, and there is no practical alternative to filing the motion or exhibit as restricted which would protect Plaintiff's privacy. Attempting to redact the exhibit would compromise the usefulness of the document itself. If Exhibit B (ECF 51) is not restricted, the trust and candor with which Plaintiff submitted to the assessment reflected by his behavioral health record will be eroded, and the public—including prospective employers—will have access to his personal and private medical information. Thus, there is good cause to maintain Level 1 restriction of ECF 51 pursuant to D.C. Colo. L. Civ R 7.2(c).

WHEREFORE, Defendants request that this Court grant the motion and enter an order maintaining Level 1 Restriction of ECF 51.

Respectfully submitted this 19th day of December, 2023.

CAPLAN AND EARNEST LLC

s/ *David M. Strachan*
Laura M. Wassmuth
David M. Strachan
Elliott V. Hood
3107 Iris Avenue, Suite 100
Boulder, CO 80302
Phone 303-443-8010
lwassmuth@celaw.com
dstrachan@celaw.com
ehood@celaw.com

*Attorneys for Defendants Denver CARES, a behavioral health facility operated by Denver Health Medical Center/Denver Health and Hospital Authority, PATRICIA GABOW, M.D., ROBIN WITTENSTEIN, AUDREY VINCENT, MARITES DILAG, RN, CHRISTIAN C. THURSTONE, M.D., DANIEL PADDOCK, SAMUEL AZIAMART, ALICIA VELASQUEZ, GINNA*

3

                              MICHALK,*GOUN SKEEN, RN, JAHARRI ASTEN, CAC, SAMANTHA ESPINOSA, MATHEW BUSTOS, CAC*

## CERTIFICATE OF SERVICE

This is to certify that on December 19, 2023, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System which will notify the following:

Bradley A. Levin  
Robyn Levin  
Gideon S. Irving  
LEVIN SITCOFF WANEKA PC  
455 Sherman St., Ste. 490  
Denver, CO 80203  
303-575-9390  
brad@lsw-legal.com  
robyn@lsw-legal.com  
gideon@lsw-legal.com  
*Attorneys for Plaintiff*

                              *s/ Carrie Armknecht*  
                              Carrie Armknecht, Paralegal

4888-9382-7478, v. 1